No. 83–1582.   U. S. INDUSTRIES, INC. *v.* GREGG.   C. A. 11th Cir.   Certiorari denied.

No. 83–1583.   GRAHAM *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–1592.   TRANOWSKI *v.* UNITED STATES SECRET SERVICE ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 83–1601.   MEYER *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari denied.

No. 83–1609.   WILSON *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–1610.   GROSS ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–1612.   GIBSON *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 83–5835.   STEELE *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–6161.   SALES *v.* MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 83–6216.   FRENCH *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–6227.   PERKINS *v.* THOMPSON, GOVERNOR OF ILLINOIS. C. A. 7th Cir.   Certiorari denied.

No. 83–6235.   PARKS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–6238.   VERNER *v.* COLORADO.   C. A. 10th Cir.   Certiorari denied.

No. 83–6313.   CARSWELL *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.